UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK W. NELSON AND COLETTE RAPP,

Plaintiffs,

v.

US FEDERAL MARSHALL et al.,

Defendants.

CASE NO. 3:16-cv-05680-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JANUARY 13, 2017

The District Court has referred this 42 U.S.C. §1983 action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

On August 3, 2016, plaintiff Patrick Weldon Nelson, Jr., proceeding *pro se*, filed a motion to proceed *in forma pauperis* ("IFP motion") and proposed civil rights complaint under 42 U.S.C. § 1983. Dkts. 1, 1-1. On September 20, 2016, the Court ordered plaintiff to show cause or amend his complaint. Dkt. 8. On November 10, 2016, plaintiff Nelson filed a proposed amended complaint, through counsel, and added plaintiff Colette Rapp to this cause of action. Dkt. 12. On November 22, 2016, the Court ordered plaintiffs to either pay the $400 filing fee or plaintiff Rapp shall submit

REPORT AND RECOMMENDATION - 1

1 | an IFP application. Dkt. 14. On December 5, 2016, plaintiffs paid the $400 filing fee, and thus,

2 | the Court should deny the pending IFP motion (Dkt. 1) as moot.

3 | **DISCUSSION**

4 | A district court may permit indigent litigants to proceed *in forma pauperis* upon

5 | completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has

6 | broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson,* 314

7 | F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963). Plaintiff paid the $400.00 filing fee

8 | on December 5, 2016. *See* Dkt. entry dated December 5, 2016. Therefore, the IFP motion (Dkt.

9 | 1) is moot.

10 | **CONCLUSION**

11 | Because plaintiffs paid the filing fee, the undersigned recommends that the Court deny

12 | the pending IFP motion (Dkt. 1) as moot.

13 | Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), plaintiff shall have fourteen

14 | (14) days from service of this Report and Recommendation to file written objections thereto. *See*

15 | *also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

16 | purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit

17 | imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **January 13,**

18 | **2017**, as noted in the caption.

19 | Dated this 16th day of December, 2016.

20 |

21 | _____

22 | J. Richard Creatura
United States Magistrate Judge

23 |

24 |

REPORT AND RECOMMENDATION - 2