# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PATRICK W. NELSON and COLLETTE RAPP,

    Plaintiffs,

v.

US FEDERAL MARSHAL'S SERVICE, et al.,

    Defendants.

CASE NO. C16-5680 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiffs' application to proceed in forma pauperis is **DENIED** as moot, since Plaintiffs have paid the filing fee.

Dated this 18th day of January, 2017.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER