UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK W. NELSON,<br><br>                Plaintiff,<br><br>    v.<br><br>NICHOLAS WEBER, et al.,<br><br>                Defendants. | CASE NO. C16-5680 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 58. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's battery claims, *Bivens* claims against Defendants in their official capacities, and request for fees under 42 U.S.C. § 1988 are **DISMISSED**.

(3) Plaintiff's remaining *Bivens* claims will move forward on the merits.

Dated this 4th day of December, 2017.

                                              BENJAMIN H. SETTLE
                                              United States District Judge