# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK W. NELSON, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>NICHOLAS WEBER, *et al.*,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:16-cv-05680-BHS-JRC |

   \_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   xx    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

         The R&R is ADOPTED and MODIFIED; and Defendants' motion for summary

         judgment, is GRANTED.  The matter is closed.

         Dated May 28, 2020.

                                                William M. McCool
                                                Clerk of Court

                                                s/Gayle M Riekena
                                                Deputy Clerk